UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS VELASCO HERNANDEZ, | Case No. C11-261-JCC |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| MAGGIE MILLER STOUT, | |
| Respondent. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, Petitioner's objections (Dkt. No. 17), the governing authorities and the balance of the record, does hereby find and ORDER:

(1)  In his Report and Recommendation, Magistrate Judge Donohue ruled that Petitioner's petition was time-barred. Petitioner disputes this conclusion, but fails to prove his assertion. Accordingly, the Court adopts the Report and Recommendation. (Dkt. No. 16.)

(2)  The habeas petition is DENIED as untimely, and this case is DISMISSED with prejudice.

ORDER OF DISMISSAL
PAGE - 1

1  (3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to the Court's determination that petitioner's habeas petition is untimely.

(4) The Clerk is directed to send copies of this Order to petitioner, counsel for respondent and Judge Donohue.

DATED this 3rd day of November, 2011.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL
PAGE - 2